AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HERNANDEZ, Hector | ) | Case No.   C-20-1554M |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____08-29-2020_____ in the county of _____Brooks_____ in the

_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C., 841(a)(1) | Knowingly, intentionally, and unlawfully possess with the intent to distribute a controlled substance in Schedule I of the Controlled Substance Act of 1970, to wit: 69 kilograms, approximate gross weight, of marijuana. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Submitted by reliable electronic
means, sworn to, signature attested
telephonically per Fed. R. Crim. P. 4.1.
And probable Cause found:

Nickolas Charrier, DEA Special Agent
*Printed name and title*

_____
*Judge's signature*

Date:   August 30, 2020

City and state:        Corpus Christi, Texas

Julie Hampton, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

HERNANDEZ, Hector

On August 29, 2020, Border Patrol Agent (BPA) Jair I. Castro, was working his assigned duties at the primary inspection lane at the United States Border Patrol checkpoint in Falfurrias, Texas.  At approximately 7:25 a.m., BPA Castro observed a light brown Ford F-250 work truck with two visible occupants approached his inspection lane.  The driver was later identified as Hector HERNANDEZ. A second man was in the front passenger seat.

As the vehicle approached the inspection lane, BPA Castro noticed that the passenger was looking straight ahead, while HERNANDEZ appeared to be holding the steering wheel with both hands.  BPA Castro greeted both HERNANDEZ and the passenger, but only HERNANDEZ responded.  The passenger refused to look at or acknowledge BPA Castro while he sat up rigidly in his seat. When asked, HERNANDEZ told the agent that they were going to Alice to work.  BPA Castro noticed as he was conducting his inspection that HERNANDEZ shifted his hand position on the steering wheel and laid back in his seat while the passenger maintained a rigid posture and avoided eye contact with BPA Castro.  Based on his training and experience, BPA Castro thought that both men's behaviors indicated that they were nervous.  As this was happening, BPA Castro used his flashlight to do a non-intrusive search of the interior of the vehicle through the rear window and noticed the inside of the vehicle contained a helmet and very little equipment.  The bed of the vehicle contained rusty, old tools.  In BPA Castro's experience as primary agent at the Falfurrias USBP checkpoint, work trucks tend to carry large amounts of tools and they don't appear to be rusty and old.  BPA Castro asked HERNANDEZ and the passenger where they were coming from, and only HERNANDEZ replied by saying "Rio Grande City."  BPA Castro scanned the exterior of the vehicle for any decals, searching for the name of a company, but noticed there was none.  BPA Castro finalized his immigration inspection by asking HERNANDEZ and the passenger to state their citizenship.  Both declared themselves to be United States citizens.

BPA Castro obtained consent from HERNANDEZ to an x-ray scan of his vehicle in the secondary inspection area.  Once in secondary, the vehicle was driven through the Z-Portal x-

ray machine operated by BPA Kevin Rodriguez.  BPA Rodriguez noticed anomalies near the front of the bed and the auxiliary fuel tank area.  BP Agents unbolted the auxiliary tank from the bed of the vehicle and flipped it on its side.  BP Agents observed the side of the tank nearest the front of the vehicle had been cut out and then screwed back in.  The screws were removed and the panel was taken off which revealed 13 bundles in red clear cellophane inside the tank.  One bundle was cut open, revealing a green leafy substance.  The approximate gross weight of the 13 bundles was 69 kilogram (152 pounds).

On August 29, 2020, DEA SA Nickolas Charrier and TFO Eric Hemping arrived at the Falfurrias, Texas, USBP Checkpoint and made contact with HERNANDEZ.  SA Charrier, as witnessed by TFO Hemping, advised HERNANDEZ of his Miranda Warnings in the English language.  HERNANDEZ acknowledged understanding, indicated so by signing the Miranda Warning form, and agreed to provide a statement without an attorney present.  During the interview, HERNANDEZ admitted to loading the auxiliary tank into the bed of his truck during the early morning hours of August 29, 2020, at HERNANDEZ' residence in La Grulla, Texas.  HERNANDEZ also admitted that he loaded the bundles of marijuana through the square cut-out opening of the auxiliary tank, and resealed the opening with a square plate.  HERNANDEZ admitted that he screwed the auxiliary tank to the bed of his truck.  HERNANDEZ told agents that he was going to get paid $2,000 U.S. Dollars to transport the marijuana to Alice, Texas.  HERNANDEZ stated that the passenger did not have knowledge of the marijuana and was innocent.  HERNANDEZ stated that the passenger was traveling with HERNANDEZ to Alice, Texas, for work.

SA Charrier and TFO Hemping advised the passenger of his Miranda Warnings in the English language.  The passenger acknowledged that he understood the warnings, signed the Miranda Warning form, and agreed to provide a statement to agents without an attorney present.  The passenger stated that he did not know that there was marijuana in the truck.  The passenger told agents that he was hired by HERNANDEZ to go lay cement in Alice, Texas, and that HERNANDEZ was going to pay the passenger $150.00 per day to lay cement.  The passenger stated that HERNANDEZ picked the passenger up from the passenger's residence at approximately 1:00 a.m. on August 29, 2020, and HERNANDEZ drove to a hotel in McAllen, Texas.  The passenger told agents that he and

HERNANDEZ stayed at the hotel until right before sunrise when he and HERNANDEZ left the hotel and drove directly to the Falfurrias Border Patrol checkpoint where they were detained.

AUSA Amanda Gould was contacted and approved the federal prosecution of HERNANDEZ and declined federal prosecution of the passenger, pending further investigation.

HERNANDEZ was subsequently transported to Coastal Bend Detention Center in Robstown, Texas, for holding pending further judicial proceedings.

The amount of marijuana seized infers the intent to distribute.

Nickolas Charrier, Special Agent
Drug Enforcement Administration

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found:

Honorable Julie K. Hampton
United States Magistrate Judge